1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Shon Morgan (Bar No. 187736)
2   shonmorgan@quinnemanuel.com
    Michael L. Fazio (Bar No. 228601)
3   michaelfazio@quinnemanuel.com
    Valerie Roddy (Bar No. 235163)
4   valerieroddy@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  *Attorneys for Defendants
   HYUNDAI MOTOR AMERICA and KIA
8  AMERICA, INC.*

9

10                  **UNITED STATES DISTRICT COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12

| 13  HORACE MANN INSURANCE COMPANY, HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY, and TEACHERS INSURANCE COMPANY, | Case No. |
|---|---|
| | *Previously known as Orange County Superior Court Case No. 30-2024-01437932-CU-MT-CXC* |
| 16           Plaintiffs, | **PROOF OF SERVICE** |
| 17           vs. | State Court Complaint Filed: November 5, 2024 |
| 18  HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR COMPANY, KIA AMERICA, INC., KIA CORPORATION, and HYUNDAI AMERICA TECHNICAL CENTER, INC., | Trial Date: None Set |
| 21           Defendants. | |

PROOF OF SERVICE

I, Shon Morgan, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 8, 2024, I served true copies of the following document(s) described as:

1. **DEFENDANTS HYUNDAI MOTOR AMERICA'S AND KIA AMERICA, INC.'S NOTICE AND PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**

2. **DEFENDANTS HYUNDAI MOTOR AMERICA'S AND KIA AMERICA, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

3. **CIVIL COVER SHEET**

on the interested parties in this action as follows:

Megan R. Peitzke (SBN 230375)
mpeitzke@cozen.com
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213.892.7933; Fax: 213.892.7999

Elliott R. Feldman (*pro hac to be submitted*)
efeldman@cozen.com
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215.665.2071; Fax: 215.701.2282

*Attorneys for Plaintiffs,*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Quinn Emanuel Urquhart & Sullivan, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with

postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 8, 2024 at Los Angeles, California.

*/s/ Shon Morgan*
Shon Morgan
