QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
Valerie Roddy (Bar No. 235163)
valerieroddy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants*
HYUNDAI MOTOR AMERICA and KIA AMERICA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN INSURANCE COMPANY, HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY, and TEACHERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR COMPANY, KIA AMERICA, INC., KIA CORPORATION, and HYUNDAI AMERICA TECHNICAL CENTER, INC.,<br><br>Defendants. | Case No.<br><br>*Previously known as Orange County Superior Court Case No. 30-2024-01437932-CU-MT-CXC*<br><br>**DECLARATION OF SHON MORGAN** |

I, Shon Morgan, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and I represent defendants Hyundai Motor America and Kia America, Inc.. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. A true and correct copy of the Complaint in Subrogation, Orange County Superior Court Case No. 30-2024-01437932-CU-MT-CXC, dated November 5, 2024, is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2024 at Los Angeles, California.

        */s/ Shon Morgan*
        Shon Morgan